IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-31-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.    PAUL HALIEN,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

A Supervised Release Revocation hearing is set for **June 3, 2011 at 9:30 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  April 8, 2011