IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-31-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.   PAUL HALIEN,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Supervised Release Revocation Hearing is **RESET** for **August 26, 2011 at 1:30 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  June 29, 2011