IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-31-JLK**

**UNITED STATES OF AMERICA,**

   Plaintiff,

v.

**1. PAUL HALIEN,**

   Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

  The Supervised Release Revocation Hearing set for August 26, 2011 is **VACATED AND RESET** for **September 1, 2011 at 1:30 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  August 15, 2011